CASE NO. 065584
INCIDENT NO./TRN: 9241937505 TRS: A002



| THE STATE OF TEXAS | § | IN THE 397TH DISTRICT COURT<br>FILED IN<br>5th COURT OF APPEALS<br>DALLAS, TEXAS<br>8/24/2015 2:20:05 PM<br>LISA MATZ<br>Clerk |
|---|---|---|
| | § | |
| V. | § | OF |
| | § | |
| KARL SCHOENWALDER | § | GRAYSON COUNTY, TEXAS |
| | § | |
| STATE ID NO.: TX 50656467 | § | |

## JUDGMENT OF CONVICTION BY JURY

| Judge Presiding: | HON. Brian Gary | Date Judgment Entered: | August 19, 2015 |
|---|---|---|---|
| Attorney for State: | Donald S. Carter | Attorney for Defendant: | T. Scott Smith |

**Offense for which Defendant Convicted:**
**EVADING ARREST DET W/VEH**

| Charging Instrument: | Statute for Offense: |
|---|---|
| Indictment | 38.04(b)(2)(A) Penal Code |

| Date of Offense: |
|---|
| February 07, 2015 |

| Degree of Offense: | Plea to Offense: |
|---|---|
| 3rd Degree Felony | Not Guilty |

| Verdict of Jury: | Findings on Deadly Weapon: |
|---|---|
| GUILTY | N/A |

| Plea to 1st Enhancement Paragraph: | Plea to 2nd Enhancement/Habitual Paragraph: |
|---|---|

| Findings on 1st Enhancement Paragraph: | Findings on 2nd Enhancement/Habitual Paragraph: |
|---|---|

| Punished Assessed by: | Date Sentence Imposed: | Date Sentence to Commence: |
|---|---|---|
| Court | August 19, 2015 | August 19, 2015 |

| Punishment and Place of Confinement: | Two Years, Texas Department of Criminal Justice |
|---|---|

**THIS SENTENCE SHALL RUN** CONCURRENTLY UNLESS OTHERWISE SPECIFIED.

☐ **SENTENCE OF CONFINEMENT SUSPENDED, DEFENDANT PLACED ON COMMUNITY SUPERVISION FOR N/A.**

| Fine: | Court Costs: | Restitution: | Restitution Payable to: |
|---|---|---|---|
| $ 0 | $ 246⁰⁰ | $ 0 | ☐ VICTIM (see below)<br>☐ AGENCY/AGENT (see below) |

**Sex Offender Registration Requirements Do Not Apply to the Defendant.** TEX. CODE CRIM. PROC. chapter 62.

The age of the victim at the time of the offense was **N/A.**

1



**Time Credited:**

If Defendant is to serve sentence in TDCJ, enter incarceration periods in chronological order.

From 2-8-15 to 8-18-15

From _____ to _____

From _____ to _____

From _____ to _____

If Defendant is to serve sentence in county jail or is given credit toward fine and costs, enter days credited below.

_____ **DAYS**     **NOTES:**

All pertinent information, names and assessments indicated above are incorporated into the language of the judgment below by reference.

This cause was called for trial in **Grayson** County, Texas. The State appeared by her District Attorney.

**Counsel / Waiver of Counsel (select one)**

☒Defendant appeared in person with Counsel.

☐Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.

It appeared to the Court that Defendant was mentally competent and had pleaded as shown above to the charging instrument. Both parties announced ready for trial. A jury was selected, impaneled, and sworn. The Indictment was read to the jury, and Defendant entered a plea to the charged offense. The Court received the plea and entered it of record.

The jury heard the evidence submitted and argument of counsel. The Court charged the jury as to its duty to determine the guilt or innocence of Defendant, and the jury retired to consider the evidence. Upon returning to open court, the jury delivered its verdict in the presence of Defendant and defense counsel, if any.

The Court received the verdict and ORDERED it entered upon the minutes of the Court.

**Punishment Assessed by Jury / Court / No election (select one)**

☐**Jury.** Defendant entered a plea and filed a written election to have the jury assess punishment. The jury heard evidence relative to the question of punishment. The Court charged the jury and it retired to consider the question of punishment. After due deliberation, the jury was brought into Court, and, in open court, it returned its verdict as indicated above.

☒**Court.** Defendant elected to have the Court assess punishment. After hearing evidence relative to the question of punishment, the Court assessed Defendant's punishment as indicated above.

☐**No Election.** Defendant did not file a written election as to whether the judge or jury should assess punishment. After hearing evidence relative to the question of punishment, the Court assessed Defendant's punishment as indicated above.

The Court FINDS Defendant committed the above offense and ORDERS, ADJUDGES AND DECREES that Defendant is GUILTY of the above offense. The Court FINDS the Presentence Investigation, if so ordered, was done according to the applicable provisions of TEX. CODE CRIM. PROC. art. 42.12 § 9.

The Court ORDERS Defendant punished as indicated above. The Court ORDERS Defendant to pay all fines, court costs, and restitution as indicated above.

**Punishment Options (select one)**

☒**Confinement in Texas Department of Criminal Justice.** The Court ORDERS the

2



authorized agent of the State of Texas or the Sheriff of this County to take, safely convey, and deliver Defendant to the **Director, Texas Department of Criminal Justice.** The Court ORDERS Defendant to be confined for the period and in the manner indicated above. The Court ORDERS Defendant remanded to the custody of the Sheriff of this county until the Sheriff can obey the directions of this sentence. The Court ORDERS that upon release from confinement, Defendant proceed immediately to the Grayson County Justice Center—Collections Department. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐County Jail—Confinement / Confinement in Lieu of Payment. The Court ORDERS Defendant immediately committed to the custody of the Sheriff of **Grayson** County, Texas on the date the sentence is to commence. Defendant shall be confined in the **Grayson** County Jail for the period indicated above. The Court ORDERS that upon release from confinement, Defendant shall proceed immediately to the Grayson County Justice Center—Collections Department. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐Fine Only Payment. The punishment assessed against Defendant is for a FINE ONLY. The Court ORDERS Defendant to proceed immediately to the Office of the **Grayson County Justice Center—Collections Department.** Once there, the Court ORDERS Defendant to pay or make arrangements to pay all fines and court costs as ordered by the Court in this cause.

### Execution / Suspension of Sentence (select one)

☒The Court ORDERS Defendant's sentence EXECUTED.

☐The Court ORDERS Defendant's sentence of confinement SUSPENDED. The Court ORDERS Defendant placed on community supervision for the adjudged period (above) so long as Defendant abides by and does not violate the terms and conditions of community supervision. The order setting forth the terms and conditions of community supervision is incorporated into this judgment by reference.

The Court ORDERS that Defendant is given credit noted above on this sentence for the time spent incarcerated.

**Furthermore, the following special findings or orders apply:**

_____

Signed and entered on _____ 24th _____ day of _____ August _____ , 2018

X _____
Brian Gary
JUDGE PRESIDING

FILED FOR RECORD
2015 AUG 24 AM 9: 26
KELLY ASHMORE
DISTRICT CLERK
GRAYSON COUNTY, TX
BY

3

## NO. 065584

| | | |
|---|---|---|
| THE STATE OF TEXAS: | § | IN THE 397TH DISTRICT COURT |
| | § § | |
| VS. | § § | OF |
| | § § | |
| KARL SCHOENWALDER | § | GRAYSON COUNTY, TEXAS |

**CERTIFIED FINGERPRINT**

**RIGHT THUMB PRINT OF DEFENDANT**



K

PRINT TAKEN BY: _____

Kelly Ashmore
DISTRICT CLERK
GRAYSON COUNTY, TEXAS

DEPUTY _____

DATE: 8/19/2015

CAUSE NO. 065584

| THE STATE OF TEXAS | * | IN THE 397TH JUDICIAL |
| | * | |
| VS. | * | DISTRICT COURT OF |
| | * | |
| Karl Schonwalder | * | GRAYSON COUNTY, TEXAS |
| Defendant | | |

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, Brian K. Gary, Judge of the trial court, certify this criminal case:

☑ is not a plea-bargain case, and the defendant has the right of appeal. [or]

( ) is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn or waived, and the defendant has the right or appear. [or]

( ) is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [or]

( ) is a plea-bargain case, and the defendant has NO right of appeal. [or]

( ) the defendant has waived the right of appeal.

_____          8-20-15
Judge                            Date Signed

FILED FOR RECORD
2015 AUG 20 PM 3: 31
KELLY ASHMORE
DISTRICT CLERK
GRAYSON, TX
BY _____

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petitioner for review pursuant to Rule 69 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a pro se petition for discretionary review in the Court of criminal Appeals. Tex R. App. P. 68.2. I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____          _____ 18688900
Defendant                        Defendant's Counsel-State Bar of Texas ID Number

Mailing Address_____   Mailing Address _____

_____          _____

Telephone Number _____   Telephone Number _____

*"A defendant is a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case—that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant—a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, (B) after getting the trial court's permission to appeal." TEXAS RULE OF APPELLATE PROCEDURE 25.2(a)(2)

| THE STATE OF TEXAS | § | IN THE DISTRICT COURT OF |
| V. | § | GRAYSON COUNTY, TEXAS |
| KARL SCHONWALDER | § | 397TH JUDICIAL DISTRICT |

## DEFENDANT'S MOTION FOR NEW TRIAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Karl Schonwalder, Defendant, moves the Court for a new trial, and would show the Court as follows:

1.    On August 19, 2015, judgment was entered in the above styled and numbered cause. The Defendant would show that the Court erred in failing to instruct the jury, over the Defendant's objection, on the lesser included charge of fleeing or attempting to elude a police officer, pursuant to Tex. Transp. Code § 545.421 (a). See, *Walker v. State*, 95 S.W.3d 516, 519 (Tex. App. – Ft. Worth 2002). Accordingly, the Defendant should be granted a new trial, with a jury properly instructed.

WHEREFORE, PREMISES CONSIDERED, Karl Schonwalder, Defendant, prays that the Court grant him a new trial, and for such other and further relief to which Defendant may be entitled.



FILED FOR RECORD
BY
2015 AUG 24 PM 1: 25
KELLY ASHMORE
DISTRICT CLERK
GRAYSON, TX

Respectfully submitted,

By: _____
Scott Smith
State Bar Number 18688900
120 South Crockett Street
P.O. Box 354
Sherman, Texas 75091-0354
e-mail smithlaw@airmail.net
Facsimile (903) 870-1446
Telephone (903) 868-8686

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing document was served by facsimile to the Grayson County Attorney's Office, on August 24, 2015.

_____
Scott Smith

**CAUSE NO. 065584**

| | | |
|---|---|---|
| **THE STATE OF TEXAS** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| **V.** | § | **GRAYSON COUNTY, TEXAS** |
| | § | |
| **KARL SCHONWALDER** | § | **397ᵀᴴ JUDICIAL DISTRICT** |

### NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Karl Schoenwalder, defendant, within thirty days of sentencing, files this notice of appeal to the Fifth District Court of Appeals in Dallas of the conviction and sentence in Cause No. 065584.

Respectfully submitted,

By: _____
Thomas Scott Smith
State Bar Number 18688900
120 South Crockett Street
P.O. Box 354
Sherman, Texas 75091-0354
e-mail smithlaw@airmail.net
Facsimile (903) 870-1446
Telephone (903) 868-8686

### CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing document was served by facsimile to the Grayson County District Attorney on this August 24, 2015.

_____
Thomas Scott Smith

FILED FOR RECORD
2015 AUG 24 PM 1: 26
BY
KELLY ASHMORE
DISTRICT CLERK
GRAYSON, TX

NOTICE OF APPEAL ... PAGE 1